Ryan A. Dorn 034017
MY ARIZONA LAWYERS, PLLC
dba MY AZ LAWYERS
1731 W. Baseline Road, Suite 101
Mesa, Arizona 85202-5730
Phone: (480) 833-8000
Fax:    (480) 478-0714
Email: andrew@myazlawyers.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| ERIN A. WILLETT, | Case No. 4:19-BK-15365-BMW |
| Debtor. | OBJECTION TO PROOF OF CLAIM NO. 4 OF QUANTUM3 GROUP LLC AS AGENT FOR AQUA FINANCE; NOTICE OF OBJECTION TO CLAIM; AND CERTIFICATE OF SERVICE |

COMES NOW the Debtor, by and through counsel undersigned, and hereby objects to Claim No. 4 Quantum3 Group as agent for Aqua Finance ("Quantum3") for the reasons set forth below.

1. The Debtor filed for protection under Chapter 13 of the Bankruptcy Code (Title 11 of the United States Code) on April 10, 2019.

2. Quantum3 filed Claim No. 4 on December 26th, 2019.

3. Quantum3 filed Claim No. 4 as secured claim. in accordance with 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

4. Attached to the proof of claim is a document titled "RETAIL INSTALLMENT CREDIT AGREEMENT – NY".

5. Quantum3 appears to allege that this document creates a secured interest in a Water Treatment System installed at the home of the Debtor.

## I. CREDITOR'S CLAIM SHOULD BE DISALLOWED IN IT'S ENTIRETY AS CREDITOR HAS NO VALID INTEREST IN A CLAIM

6. The alleged installment contract that has been provided by Quantum3 does not show any ownership interest by Aqua Finance or Quantum3. The contract is between Adam Willett, Erin Willett (Debtor) and Arizona Environmental Progress. Quantum3 has provided zero evidence that its client, Aqua Finance, has any rights related to this contract. Moreover – and perhaps even more concerning – is that the claim filed is for $7,272.60 – when the contract that purportedly supports this claim is for a total of $5,790 and does not list any interest to be applied nor does it provide a total cost of financing as would be standard under these types of agreements.

## II. – IF CREDITOR'S CLAIM IS ALLOWED, IT SHOULD BE TREATED AS UNSECURED

7. A.R.S. §§47-9101 Et. Seq. controls what types of debts are considered secured in Arizona. There are specific requirements that must be met in order for a lien to attach to personal property and, by law, allow a creditor secured status in a bankruptcy proceeding.

8. Quantum3's claim has multiple deficiencies, and if it is allowed as part of this proceeding, due to these deficiencies, it must be treated as unsecured.

9. The relevant statutes that are applicable to determining whether Quantum3's claim is secured are as follows:

> A. Subject to subsection B of this section, a financing statement is sufficient only if it:
> 1. Provides the name of the debtor;
> 2. Provides the name of the secured party or a representative of the secured party; and
> 3. Indicates the collateral covered by the financing statement.
> B. Except as otherwise provided in section 47-9501, subsection B, to be sufficient, a financing statement that covers as-extracted collateral or timber to be cut, or that is filed as a fixture filing and covers goods that are or are to become fixtures, must satisfy subsection A of this section and also:

        1. Indicate that it covers this type of collateral;
        2. Indicate that it is to be filed in the real property records;
        3. Provide a description of the real property to which the collateral is related; and
        4. If the debtor does not have an interest of record in the real property, provide the name of a record owner. A.R.S. §§47-9502(A-B)

Additionally, "Fixtures" means goods that have become so related to particular real property that an interest in them arises under real property law. Lastly:

    D. Except as otherwise provided in subsection H of this section, a perfected security interest in fixtures has priority over a conflicting interest of an encumbrancer or owner of the real property if the debtor has an interest of record in or is in possession of the real property and:
    1. The security interest is a purchase money security interest;
    2. The interest of the encumbrancer or owner arises before the goods become fixtures; and
    3. The security interest is perfected by a fixture filing before the goods become fixtures or within twenty days thereafter. A.R.S.

    10.    A water treatment system is clearly a fixture. The agreement filed along with the proof of claim is completely deficient on it's face based on Arizona law as cited above. Moreover, no fixture filing was completed with the Pinal County Recorder for almost a year after the date of the agreement provided with the Proof of Claim.

    WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order excluding Proof of Claim 4, or alternatively reclassifying the claim as a general unsecured claim.

DATE: ~~April 30th, 2020~~ May 1, 2020        MY ARIZONA LAWYERS

By: _____
Ryan A. Dorn, Esq.
1731 W. Baseline Rd., Ste. 101
Mesa, AZ 85202
Attorney for Debtor

# NOTICE OF OBJECTION TO CLAIM NO. 4 OF QUANTUM3 GROUP LLC AS AGENT FOR AQUA FINANCE

NOTICE IS HEREBY GIVEN that the Debtor has filed an Objection to Claim No. 4 of Quantum3 Group LLC as Agent for Aqua Finance and that a copy of the Objection is on file with this Court and may be viewed at the Court located at 230 North First Avenue, Suite 101, Phoenix, Arizona or on the internet at https://ecf.azb.uscourts.gov;

///

FURTHER NOTICE IS GIVEN in accordance with Rule 3007-1(a), Local R. Bankr. P., any response or objection to the Objection to Claim must be filed with the Court and served on the parties listed below no later than 14 days after service of the Objection; if no response or objection is timely filed and served, the Court may enter an Order granting the relief requested by the Debtor; if an objection or other response is filed then Debtor's counsel shall notice the matter for a hearing.

Court:
    Clerk U.S. Bankruptcy Court
    230 N. First Ave., Ste. 101
    Phoenix, AZ 85003
    https://ecf.azb.uscourts.gov

Chapter 13 Trustee:
    Dianne C. Kerns
    31 N. 6th Ave #105-152
    Tucson, AZ 85701

Debtor:
    Erin A. Willett
    6516 E Lush Vista View.
    Florence, AZ 85132

Debtor's Counsel:
    Ryan A. Dorn, Esq.
    My Arizona Lawyers, PLLC
    1731 W. Baseline Rd., Ste. 101
    Mesa, AZ 85202

DATE: May 1, 2020

MY ARIZONA LAWYERS, PLLC

By: /s/ Ryan A. Dorn
Ryan A. Dorn, Esq.
1731 W. Baseline Rd., Ste. 101
Mesa, AZ 85202
Attorney for Debtor

# CERTIFICATE OF SERVICE

I Ryan Allen Dorn hereby certify under penalty of perjury that I am over the age of 18, and that on May 1, 2020 I served via regular first class U.S. Mail, postage prepaid, true and correct copies of the foregoing Objection to Claim and Notice of Objection to Claim on the following parties:

Dianne C. Kerns
31 N. 6th Ave #105-152
Tucson, AZ 85701

Quantum3 Group LLC as agent for Aqua Finance
PO Box 788
Kirkland, WA 98083-0788

Erin A. Willett
6516 E Lush Vista View.
Florence, AZ 85132

DATE: May 1 2020

Ryan A. Dorn, Esq.
My Arizona Lawyers, PLLC
1731 W. Baseline Rd., Ste. 101
Mesa, AZ 85202