Ryan Allen Dorn, SBN 034017
**MY AZ LAWYERS, PLLC**
1731 W. Baseline Road, Suite 101
Mesa, Arizona 85202-5730
Phone: (480) 833-8000
Fax:    (480) 478-0714
Email: ryan@myazlawyers.com
*Attorney for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERIN A WILLETT,<br><br>              Debtor | CHAPTER 13 PROCEEDINGS<br><br>Case No. 4:19-bk-15365-BMW<br><br>**NOTICE AND REQUEST TO TRUSTEE TO BEGIN ADEQUATE PROTECTION PAYMENTS** |

    The Debtor Erin A Willett, by and through undersigned Counsel and pursuant to Local Bankruptcy Rule 2084-6 hereby request that the Chapter 13 Trustee begin monthly adequate protection payments of $200.00 per month to Flagship Credit Acceptance starting January 5, 2020.

| | |
|---|---|
| Submitted this 16th day of April, 2021 | MY AZ LAWYERS, PLLC<br><br>*/s/ Ryan Allen Dorn, SBN 034017*<br>Ryan Allen Dorn<br>1731 W. Baseline Road, Suite 101<br>Mesa, AZ 85202-5730<br>*Attorney for Debtors* |

# CERTIFICATE OF SERVICE

I hereby certify that the original was filed by ECF and a copy of the foregoing was mailed/emailed this 16th of April, 2021 to:

Flagship Credit Acceptance
PO Box 3807
Coppell TX 75019

Dianne C. Kerns, Trustee
Office of The Chapter 13 Trustee
31 N 6th Avenue #105-152
Tucson, AZ 85701
mail@dcktrustee.com


By: */s/ Ryan Allen Dorn*
    Ryan Allen Dorn